# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ROBINSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION,<br><br>　　　　Respondent. | Case No. CV 17-01810 GW (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: March 12, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE